■ In the Matter of CHRISTOPHER C., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; STACY C., Appellant. (Appeal No. 1.) [725 NYS2d 912] —Appeal unanimously dismissed without costs. Memorandum: Pursuant to the stipulated order suspending judgment for a six-month period, respondent waived her right to appeal with respect to any subsequent determination that she failed to comply with the conditions in the suspended judgment (*see, Matter of Department of Social Servs. [Martha R.] v Herbert R.,* 213 AD2d 636). In any event, Family Court's determination that respondent failed to comply with the conditions in the suspended judgment is supported by a preponderance of the evidence (*see, Matter of Daryl H.,* 272 AD2d 935). (Appeal from Order of Genesee County Family Court, Graney, J.—Terminate Parental Rights.) Present—Green, J. P., Pine, Hurlbutt, Kehoe and Burns, JJ.

■ In the Matter of BRITTANY G., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; STACY C., Appellant. (Appeal No. 2.) [725 NYS2d 912] —Appeal unanimously dismissed without costs. Same Memorandum as in *Matter of Christopher C.* (284 AD2d 944 [decided herewith]). (Appeal from Order of Genesee County Family Court, Graney, J.—Terminate Parental Rights.) Present—Green, J. P., Pine, Hurlbutt, Kehoe and Burns, JJ.